Court of Criminal Appeals of Texas. Feb. 27, 1929.

## John PARR v. STATE. (No. 12386.)

Court of Criminal Appeals of Texas. March 6, 1929.

H. G. Brown, of Mt. Pleasant, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The offense is unlawfully transporting intoxicating liquor; punishment fixed at confinement in the penitentiary for one year.

The record is accompanied by no statement

of facts, and is bare of any complaints of the rulings of the trial court by bills of exceptions or otherwise.

The judgment is affirmed.